IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | |
|---|---|
| JERMARAE HERBERT,<br><br>    Plaintiff,<br><br>v.<br><br>DA'SHAUN MILLER,<br><br>    Defendant. | CIVIL ACTION NO.: 6:19-cv-52 |

**O R D E R**

On July 8, 2022, the parties participated in Court-assisted mediation and came to a settlement agreement. Accordingly, the Court **STAYS** all deadlines in this case for 30 days to allow the parties to finalize their agreement and file a voluntary notice of dismissal. If a notice of dismissal is not filed **on or before August 8, 2022**, the parties are **ORDERED** to file a joint status report.

**SO ORDERED**, this 11th day of July, 2022.

BENJAMIN W. CHEESBRO
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA